# EXHIBIT "1"



# CITY OF LONG BEACH
### DEPARTMENT OF PUBLIC WORKS
1 WEST CHESTER STREET
LONG BEACH, NY 11561

TEL: (516) 431-1011
FAX: (516) 431-5008

**GREGORY SCOTT**
COMMISSIONER OF PUBLIC WORKS

December 11, 2020

To: James Sullivan

Re: Unprofessional Conduct

Dear Mr. Sullivan,

It has been brought to my attention that you were told to report to the Highway Department on Monday December 7, 2020.

You had a discussion with Mike Abramson, Superintendent Sewer Department. You said many things to him that were unprofessional and insubordinate. You also had a conversation with the Superintendent of the Outside Water Department, which was unprofessional and insubordinate as well.

You also stated to one of the Superintendents that you are quitting the City of Long Beach to seek employment elsewhere. Therefore I accept your resignation.

For those reasons, your employment with the City of Long Beach has been terminated, effective immediately, December 11, 2020.

Please return all City property to your department head immediately.

If you have any questions please speak to your union representative.

Sincerely,

Gregory Scott
Commissioner of Public Works



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JAMES SULLIVAN,

              Plaintiff,

 -against-

CITY OF LONG BEACH, GREGORY SCOTT, Individually and as Commissioner of Public Works, MICHAEL LONGIN Individually and as Superintendent of the Water Department, MICHAEL ABRAMSEN Individually and as Superintendent of the Sewer Department, ANTHONY CARPENTIERI Individually and as Assistant Superintendent of the Water Department, JOHN MOONEY Individually and as President of CSEA LOCAL 1000 AFSCME, AFL-CIO, and CITY OF LONG BEACH UNIT 7569-00, NASSAU COUNTY MUNICIPAL EMPLOYEES LOCAL 882,

              Defendants.

## COMPLAINT
## JURY TRIAL DEMANDED

**LAW OFFICES OF**
**MICHAEL T. HOPKINS**
**& ASSOCIATES, PLLC**
Attorneys for Plaintiff
Garden City Center
1399 Franklin Avenue, Suite 201
Garden City, New York 11530
(516) 747-4770

To:

**Signature(Rule 130-1.1-a)**

Attorney(s) for

Michael T. Hopkins, Esq.

Service of a copy of the within           is hereby admitted.

Dated:

..................................................................
           Attorney(s) for

PLEASE TAKE NOTICE

☐ Notice of Entry
that the within is a (certified) true copy of a
entered in the office of the clerk of the within named Court on    19

☐ Notice of Settlement
that an Order of which the within is a true copy will be presented for settlement to the Hon.    at    one of the judges of the within named Court,
at
on    19  , at    M.

              LAW OFFICES OF
              **MICHAEL T. HOPKINS**
              & ASSOCIATES, PLLC
        Attorneys for   Plaintiff
To:             1399 Franklin Avenue, Suite 201
              Garden City, New York 11530

Attorney(s) for